IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40662
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOE ANN MOUTON,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:94-CR-35-2
- - - - - - - - - -

May 29, 1996

Before HIGGINBOTHAM, DUHÉ and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[1]

     This is a direct appeal from Joe Ann Mouton's conviction for misprision of a felony.  Mouton contends that the district court erred by denying her motion to suppress the cocaine law enforcement officers discovered after a purportedly improper search.  We have reviewed the record and the briefs of the parties and AFFIRM the district court's decision denying Mouton's motion to suppress the cocaine for essentially the same reasons set forth by the district court.  United States v. Mouton, No. 6:94-CR-35-2 (E.D. Tex. Feb. 6, 1995).

_____

     [1]  Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED.